IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00113-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | |
| REGINALD HILTON BELTON, | ) | |
| Defendant | ) | |

NOW COMES Rudolph A. Ashton, III, Attorney at Law, and hereby moves this Court for leave to withdraw as CJA panel attorney for the Defendant Reginald Hilton Belton. In support of this motion, undersigned counsel alleges unto the Court as follows:

1. An order was filed by U.S. Magistrate Judge Robert B. Jones, Jr. on July 27, 2018, allowing the defendant's motion to appoint new counsel and directing the Federal Public Defender's Office to assign new counsel for the defendant. (Doc. 28). Undersigned counsel was appointed as CJA panel attorney to represent the Defendant on July 27, 2018.

2. Undersigned counsel filed his Notice of Appearance on July 30, 2018. (Doc. 29).

3. On December 3, 2018 attorney Geoffrey Hosford notified undersigned counsel that he had been retained by the defendant to represent him in this matter.

4. Attorney Hosford filed a Notice of Appearance with this Court on December 4, 2018. (Doc. 39).

1

5. Now that the defendant is represented by private counsel, undersigned counsel's services as CJA panel attorney are no longer necessary, and it is requested that he be allowed to withdraw from the case.

WHEREFORE, undersigned CJA panel attorney respectfully requests the Court grant his motion to withdraw as counsel of record for the defendant and enter an order to that effect.

This the 6th day of December, 2018.

>               DUNN, PITTMAN, SKINNER & CUSHMAN, PLLC
>               Attorneys for Defendant Reginald Hilton Belton
>
> By:     /s/ Rudolph A. Ashton, III_____
>               North Carolina State Bar No. 0125
>               3230 Country Club Road
>               Post Office Drawer 1389
>               New Bern, NC  28563
>               Telephone:   (252) 633-3800
>               Facsimile:   (252) 633-6669
>               Email:  raaiii@justice.com
>                           rashton@dunnpittman.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel W. Smith
>Assistant United States Attorney
>United States Attorney's Office
>310 New Bern Avenue, Suite 800
>Raleigh, NC 27601
>Email: daniel.smith3@usdoj.gov
>
>Geoffrey W. Hosford
>Hosford & Hosford, P.C.
>Post Office Box 1653
>Wilmington, NC 28402
>Email: ghosford@att.net

This the 6th day of December, 2018.

>DUNN, PITTMAN, SKINNER & CUSHMAN, PLLC
>Attorneys for Defendant Reginald Hilton Belton
>
>By: /s/ Rudolph A. Ashton, III
>RUDOLPH A. ASHTON, III
>North Carolina State Bar No. 0125
>3230 Country Club Road
>Post Office Drawer 1389
>New Bern, NC 28563
>Telephone: (252) 633-3800
>Direct Line: (252) 649-0202
>Facsimile: (252) 633-6669
>Email: raaiii@justice.com
>   rashton@dunnpittman.com