IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00113-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD HILTON BELTON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE was heard before the undersigned U. S. District Court Judge upon the motion of Rudolph A. Ashton, III to withdraw as attorney of record for the Defendant. It appears to the Court that Defendant has privately retained counsel and that attorney Geoffrey Hosford has filed a Notice of Appearance in this case. Therefore good cause exists for the granting of the Motion.

THEREFORE, it is **ORDERED** that Rudolph A. Ashton, III be allowed to withdraw as Counsel of Record for the Defendant.

This the _____ day of December, 2018.

_____
THE HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE