UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-113-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **MOTION TO WITHDRAW** |
| ) | **AS ATTORNEY OF RECORD** |
| REGINALD HILTON BELTON, ) | |
| ) | |
| Defendant. ) | |

NOW COMES Meredith Woods Hubbard and M. Linsay Boyce, appointed counsel for Defendant, REGINALD HILTON BELTON, and hereby moves this Court for an Order allowing them to withdraw as counsel of record. In support of this motion, counsel states the following:

1. On December 2, 2021, a Motion for Revocation of Supervised Release was filed against Defendant due to incurring new charges in case number 5:21-CR-00419-FL-2. [D.E. 127].

2. Defendant appeared before the Honorable United States Magistrate Judge Brian S. Meyers for his initial appearance on December 3, 2021.

3. Undersigned counsel was appointed as Defendant's attorney on December 7, 2021, and subsequently filed notices of appearance and request for discovery. [D.E. 134] [D.E. 135] [D.E. 136]

4. Undersigned counsel was simultaneously appointed as Defendant's attorney for Defendant's new charges in case

1

number 5:21-CR-00419-FL-2 and filed notices of appearance and request for discovery in that case. [D.E. 20] [D.E. 21] [D.E. 22]

5. On December 14, 2021, Defendant appeared before the Honorable United States Magistrate Judge Robert T. Numbers, II, in Raleigh, North Carolina. The Court found that there was probable cause to support the allegations against Defendant in the Motion for Revocation and ordered that Defendant be detained.

6. Pursuant to the Text Order entered December 27, 2021, a hearing on the Motion for Revocation is continued until disposition of the new matter in case number 5:21-CR-00419-FL-2.

7. Undersigned counsel has identified a conflict of interest which ethically prohibits them from further representing the above-referenced Defendant in this matter and has further determined that continued representation by undersigned counsel would not be in the Defendant's best interest.

8. Undersigned counsel filed a similar motion in case number 5:21-CR-00419-FL-2. [D.E. 36]

9. Undersigned counsel has conferred with Assistant United States Attorney Kelly Sandling, specifically concerning the basis for this Motion, and is authorized to represent to the Court that the Government takes no position regarding this

Motion, nor the relief requested herein.

This motion is made in good faith and not for purposes of delay.

**WHEREFORE**, undersigned appointed counsel Meredith Woods Hubbard and M. Linsay Boyce, respectfully move this Court for an Order allowing them to withdraw as counsel of record in the above-captioned matter.

Respectfully submitted, this 7th day of January, 2022.

DYSART WILLIS

By: /s/ Meredith Woods Hubbard        /s/ M. Linsay Boyce
    MEREDITH WOODS HUBBARD            M. LINSAY BOYCE
    N.C. State Bar No. 38599          N.C. State Bar No. 54336
    meredith@dysartwillis.com         linsay@dysartwillis.com
    530 Hillsborough St., Suite 200   530 Hillsborough St., Suite 200
    Raleigh, NC  27603                Raleigh, NC  27603
    Telephone: (919) 747-8380         Telephone: (919) 747-8380
    Facsimile: (919) 882-1222         Facsimile: (919) 882-1222
    *APPOINTED ATTORNEY FOR*          *APPOINTED ATTORNEY FOR*
    *DEFENDANT*                       *DEFENDANT*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

    Kelly L. Sandling
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of North Carolina
    150 Fayetteville St., Suite 2100
    Raleigh, North Carolina 27601
    kelly.sandling@usdoj.gov

This, the 7th day of January, 2022.

                      DYSART WILLIS

                  By:  /s/ Meredith Woods Hubbard
                      MEREDITH WOODS HUBBARD
                      N.C. State Bar No. 38599
                      Email: meredith@dysartwillis.com
                      530 Hillsborough St., Suite 200
                      Raleigh, NC  27603
                      Telephone: (919) 747-8380
                      Facsimile: (919) 882-1222
                      *APPOINTED ATTORNEY FOR*
                      *DEFENDANT*