UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-113-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD HILTON BELTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a Motion to Withdraw as Attorney of Record by Defendant's appointed counsel, Meredith Woods Hubbard and M. Linsay Boyce, in the above-referenced matter. For good cause shown, this Motion is **GRANTED**. It is hereby **ORDERED** that Meredith Woods Hubbard and M. Linsay Boyce are withdrawn and no longer attorney of record for the above-referenced matter. The Federal Public Defender's Office is directed to appoint new counsel for Defendant.

**SO ORDERED**, this \_\_\_\_\_ day of _____, 2022.

_____
LOUISE WOOD FLANAGAN
United States District Judge